ANTHONY J. IMPERIAL, for Himself and All Others Similarly Situated, Respondent, v. ELLIS L. PHILLIPS and Others, Defendants. THOMAS P. FITZSIMMONS and Another, Plaintiffs; WILLIAM N. MILLER and WILLIAM E. O'REILLY, JR., JEROME SAALBERG, BEATRIX SAALBERG, HERMAN SAALBERG and HENRY L. SCHENK, as Executors of and Trustees under the Last Will and Testament of JACOB SAALBERG, Deceased, SOL MARKS, Appellants, v. LONG ISLAND LIGHTING COMPANY and Others, Defendants.— Order consolidating actions affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements. The court understands *pro rata* to mean one-fourth, there now being four plaintiffs. Although the court disposes of this matter in order to save further time and expense, the motion should have been made in New York county. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of GENEVIEVE ASBELL, Formerly GENEVIEVE CASSIDY, for Leave to Mortgage Real Property. MILDRED CASSIDY and JOAN CASSIDY, by MORRIS GUTT, Their Guardian ad Litem, Appellants; CHARLES BAIER, FREDERICK BAUER, PAUL HYMAN, as Trustee for PARKVILLE HOMES, INC., PASQUA DiBITETTO and JOHN G. SCHEINER, Respondents.— Order denying appealing infants' motion to vacate an order dated January 13, 1933, granting leave to mortgage certain real property; dismissing motion to vacate the mortgage made pursuant thereto; denying their motion to vacate the judgment of foreclosure of that mortgage, and denying their motion to adjudge as void the deed made by the referee in foreclosure to the purchaser, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Pursuant to Chapter 4 of the Laws of 1891 and Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring Certain Estates in Fee Simple Absolute, Free from All Liens and Incumbrances, Certain Permanent, Perpetual and Exclusive Underground, Surface and Overhead Rights and Easements and Rights of Way, and Certain Temporary and Exclusive Rights and Easements for the Construction, Maintenance and Operation of a Portion of a Municipal Rapid Transit Railroad in, through, under, on and over Certain Real Property Located on Broadway, from Thirty-seventh Street to Seventy-ninth Street, in the Borough of Queens, City of New York. CHAMBERLAIN OF THE CITY OF NEW YORK, COMPTROLLER OF THE CITY OF NEW YORK, and CITY OF NEW YORK, Appellants, and CORTLAND REALTY COMPANY OF NEW YORK, Respondent.— Order amending final decree in condemnation proceedings to include in the award the name of Cortland Realty Company of New York as owner of damage parcel No. 8 in lieu of unknown owner on the ground that the award to the unknown owner was made by mistake or inadvertence affirmed, with ten dollars costs and disbursements. (See *S. J. E. Bldg. Corp.* v. *M. O. M. Construction Co.,* 265 N. Y. 282.) Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.